UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                            :
J&J SPORTS PRODUCTIONS, INC.,
                                                            :
              Plaintiff,                         09 Civ. 4327 (WHP)
                                                            :
              -against-                        ORDER
                                                            :
EL VALLE RESTAURANT and
VICENTE M. ROZAS                                            :

              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        This action having been reassigned to this Court, the Court will hold a status conference on August 27, 2009 at 12:15 p.m.

Dated: August 7, 2009
       New York, New York

                                                        SO ORDERED:

                                                        WILLIAM H. PAULEY III
                                                               U.S.D.J.

*Counsel of Record*

Paul Joseph Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai, , NY 11766
*Counsel for Plaintiff*